**No. 62398.**—Wool Distributing Corp. *v.* United States, protest 307860–K (Boston).

Opinion by WILSON, J. It was stipulated that the landed net weight at the time of importation of the 190 bales of wool herein, entered for warehouse, was 66,083 pounds; that the landed net weight of the 50 bales withdrawn from warehouse for consumption duty paid was 16,395 pounds; that the landed net weight of the 140 bales transferred in bond was 49,688 pounds; and, further, that the said warehouse entry may be reliquidated on the basis of 66,083 pounds net weight, with allocation of 16,395 pounds to the 50 bales withdrawn for consumption duty paid and 49,688 pounds to the 140 bales covered by said transfer entry. The protest was sustained accordingly.

BEFORE THE SECOND DIVISION, OCTOBER 24, 1958

**No. 62399.**—G. A. Westphal Co., Inc., and Gehrig Hoban & Co., Inc. *v.* United States, protest 310615–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of gift tags, composed wholly or in chief value of paper, lithographically printed, not over twelve one-thousandths of an inch in thickness, which are not gift or social cards, the claim of the plaintiffs was sustained.